UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TERRY MOONEY AND JOSEPH MOONEY ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. SA-06-CA-0935-OG |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs, Terry Mooney, and Joseph Mooney, and Defendant, United States of America, being all the parties who have appeared herein, by and through their undersigned counsel, hereby stipulate to the dismissal of the above-styled action with prejudice, each party to bear its own costs.

Respectfully submitted,

**JOHNNY SUTTON**
United States Attorney

By: /s/ Michael Archuleta by permission    By: /s/Harold E. Brown, Jr.
**MICHAEL ARCHULETA**                         **HAROLD E. BROWN, JR.**
Archuleta, Alsaffar & Higginbotham            Assistant United States Attorney
P.O. Box 340639                               601 N.W. Loop 410, Ste 600
Austin, Texas 78734                           San Antonio, Texas 78216
Telephone: 512-266-7676                       Telephone: 210/384-7320
Facsimile: 210-266-4646                       Facsimile: 210/384-7322
Texas Bar No. 00783555                        Oklahoma Bar No. 001192

**ATTORNEY FOR PLAINTIFFS**                   **ATTORNEYS FOR DEFENDANT**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TERRY MOONEY AND JOSEPH MOONEY ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. SA-06-CA-0935-OG |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

## ORDER

On this day, the Court considered the parties' Stipulation of Dismissal. Having reviewed the record, the Court hereby **APPROVES** the Stipulation. Accordingly, the above-captioned case is **DISMISSED** with prejudice.

The Clerk shall close the case.

IT IS THEREFORE ORDERED that the case is **DISMISSED** with prejudice. The parties shall bear their own costs.

**SIGNED** on this ___ day of _____ , 2007.

_____
**ORLANDO GARCIA**
UNITED STATES DISTRICT JUDGE